ROGER W. SHAFT, Appellant, *v.* THE STATE OF NEW YORK, Respondent. (Claim No. 23197.)

(Argued April 18, 1934; decided May 22, 1934.)

*J. Carl Fogle* for appellant.

*John J. Bennett, Jr., Attorney-General (Edward E. Brogan* and *John L. Campbell* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ.